UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 1:10-05235-MDF |
| RESIDENCE FOR RENAL CARE AT SHADYSIDE, ) | |
| LTD., ) | Chapter 11 |
|                 Debtor. ) | |
| _____ ) | Document No. |
| FIRSTMERIT BANK, N.A.,   Movant, ) | |
| ) | |
|         v. ) | |
| ) | |
| RESIDENCE FOR RENAL CARE AT SHADYSIDE, ) | |
| LTD., ) | |
|                 Respondent ) | |

_____

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 1:10-05238-MDF |
| CENTER FOR RENAL CARE AT SHADYSIDE, ) | |
| LTD., ) | Chapter 11 |
|                 Debtor. ) | |
| _____ ) | Document No. |
| FIRSTMERIT BANK, N.A.,   Movant, ) | |
| ) | |
|        v. ) | |
| ) | |
| CENTER FOR RENAL CARE AT SHADYSIDE, ) | |
| LTD., ) | |
|                 Respondent. ) | |

## ORDER OF COURT

AND NOW this ___ day of July 2010, upon consideration of the foregoing *Motion of FirstMerit Bank, N.A. to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Western District of Pennsylvania Pursuant to 28 U.S.C. §§ 1408, 1412*, it is hereby:

ORDERED, ADJUDGED, and DECREED that said Motion is granted. That the cases of *In re Residence for Renal Care at Shadyside, Ltd.* at 1:10-BK-05235 and *In re Center for Renal Care at Shadyside, Ltd.* at 1:10-BK-05238 are hereby transferred from the Bankruptcy Court for the Middle District of Pennsylvania to the Bankruptcy Court for the Western District of Pennsylvania.

Mary D. France
United States Bankruptcy Judge