# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**RESIDENCE FOR RENAL CARE AT SHADYSIDE, LTD.**

Debtor(s)

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 10-05235 MDF |
| Document No.: | 45 |
| Nature of Proceeding: | **Motion to Transfer Case** |

## NOTICE TO FILING PARTY

Notice is hereby given that:

A Proposed Notice (14 days) regarding docket entry #45 was not received by the Court. Please verify that the notice was sent or e-mail it at this time. Failure to do so will result in a delay in processing this matter.

Date: July 13, 2010

Clerk, U.S. Bankruptcy Court
228 Walnut Street
PO Box 908
Harrisburg, PA 17108-0908

MDPA-NTFP_BK.WPT-REV 07/09