

**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
412 • 881 • 9333
412 • 881 • 3522 (FAX)

Case No.
1: 10-bK-05235 MDF

July 6, 2010

On the weekend of May 15, 2010 and thru Sunday May 17, 2010, The Residence for Renal Care called our answering service at (412) 881-9333, (answering service dispatch attached) and ordered "STAT" exams on four of their patients. Since a STAT exam is life threatening the x-ray tech on duty responded immediately and performed the exams. The x-rays were sent to our group of board certified radiologists and were read immediately and the results of the x-rays were provided to the facility.

The facility is refusing to pay us for our services. We are seeking reimbursement for services rendered.

Their argument is "That as a non-contracted provider, we should not have responded."

We believe that since they initiated contact and called our business number, ordered the exam, called back multiple times, let our x-ray techs in to the facility, (our employees wear ID badges), gave our x-ray techs the patients private health information, including social security numbers, dates of birth, etc. accepted the multiple x-ray reports with our company logo clearly displayed, there was no denying what company they were dealing with.

We have been in business in Whitehall for 30 years and when an exam is requested, especially a "STAT" life-threatening exam, we respond and perform that exam, which is our normal procedure. Patient health care is our main concern. In 30 years we have never encountered a facility refusing to reimburse us. Patient care is primary.

Sincerely,

Jack Stasik, Owner
Christine Mursch, General Manager

RECEIVED    HARRISBURG
PA

JUL 12 2010

Clerk, U.S. Bankruptcy Court

# Tri-State Mobile X-ray, Inc.

**4684 Clairton Blvd**
Pittsburgh, PA 15236
Phone: (412) 881-9333   Fax: (412) 881-3522

**Bill To:**
Residence for Renal Care
5511 Baum Blvd
Pittsburgh, PA  15232

| ACCOUNT NO. | PAGE |
|---|---|
| 1005CRC | 1 |

CHARGES OR PAYMENTS AFTER
BILLING DATE  **5/18/2010**
WILL APPEAR
ON YOUR NEXT STATEMENT



AMOUNT ENCLOSED

CHARGES ARE DUE ON PRESENTATION OF THIS STATEMENT.
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

| DATE | DESCRIPTION OF SERVICES | REFERENCE | CHARGES | CREDITS |
|---|---|---|---|---|
| 5/18/2010 | **100% Medicare Fee Schedule** | May-10 | **$571.34** | |

| | | | | Amount Due | $ | 571.34 |
|---|---|---|---|---|---|---|
| | | | | Due Date | | 5/25/2010 |

If you have questions please call:          **(412) 881-3321 Billing Dept.**

# STATEMENT

## Tri-State Mobile X-ray, Inc.

4684 Clairton Blvd
Pittsburgh, PA  15236
Phone: (412) 881-9333   Fax:  (412) 881-3522

CHARGES OR PAYMENTS AFTER
BILLING DATE   05/18/10
WILL APPEAR
ON YOUR NEXT STATEMENT

**Bill To:**

Residence for Renal Care
5511 Baum Blvd
Pittsburgh, PA  15232



**AMOUNT ENCLOSED**

CHARGES ARE DUE ON PRESENTATION OF THIS STATEMENT.
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE.

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

| DATE | DESCRIPTION OF SERVICES | REFERENCE | CHARGES | CREDITS |
| --- | --- | --- | --- | --- |
| 5/18/2010 | **Professional Reading Fee** | | | |
| | Sandra Adams          Chest X-ray | | $13.00 | |
| | George Sullenberger    Abdomen X-ray | | $13.00 | |
| | Shirley Abrams          Chest X-ray | | $13.00 | |

| | | | | | Amount Due | **$39.00** |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Due Date | **5/25/2010** |

If you have questions please call:       **(412) 881-3321 Billing Dept.**

Medical Arts Press  1-800-336-1719  1-0411-E

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA                                                                          PICA

| 1. | MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|

**1a. INSURED'S I.D. NUMBER** 200429635

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
ADAMS, SANDRA

**3. PATIENT'S BIRTH DATE** MM 12 DD 04 YY 1951 **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
ADAMS, SANDRA

**5. PATIENT'S ADDRESS (No., Street)**
5511 BAUM BLVD

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS (No., Street)**
5511 BAUM BLVD

**CITY** PITTSBURGH **STATE** PA

**8. PATIENT STATUS**
Single [ ] Married [ ] Other [X]

**CITY** PITTSBURGH **STATE** PA

**ZIP CODE** 15232 **TELEPHONE (Include Area Code)** ( 412 ) 661 1740

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

**ZIP CODE** 15232 **TELEPHONE (Include Area Code)** ( 412 ) 661 1740

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM 12 DD 04 YY 1951 **SEX** M [ ] F [X]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY **SEX** M [ ] F [ ]

**b. AUTO ACCIDENT?** YES [ ] NO [X] **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
PART A / PPS BILLING

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [X] *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File DATE 5/17/2010

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

**14. DATE OF CURRENT:** MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
UMESH GOLANI
17a.
17b. NPI 1033150412

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X] **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)**
1. 518.3
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 15 10 05 15 10 | 31 | | 71010 | TC | 1 | 13.07 | 1 | | NPI | 1487826152 |
| 2 | 05 15 10 05 15 10 | 31 | | 20092 | | 1 | 16.75 | 1 | | NPI | 1487826152 |
| 3 | 05 15 10 05 15 10 | 31 | | R0070 | | 1 | 160.13 | 1 | | NPI | 1487826152 |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 251413903 SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** ADASA001

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 190.00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 190.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
TRI-STATE MOBILE X-RAY
SIGNED 5/17/2010 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
RESIDENCE FOR RENAL CARE
5511 BAUM BLVD
PITTSBURGH, PA 15232

**33. BILLING PROVIDER INFO & PH #** ( )
TRI-STATE MOBILE X-RAY
4684 CLAIRTON BLVD
PITTSBURGH, PA 15236
1487826152

NUCC Instruction Manual available at: www.nucc.org
Call toll-free: 1-800-328-2179
PLEASE PRINT OR TYPE
APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
Use with Envelope #14145 (gummed) or #14146 (self-seal)

Case 1:10-bk-05235-MDF   Doc 47   Filed 07/13/10   Entered 07/13/10
Main Document   Page 4 of 31

**1500**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | PICA |
|---|---|---|

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 176364057 |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) SULLENBERGER, GEORGE | 3. PATIENT'S BIRTH DATE 04 13 1947  SEX M ☒  F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SULLENBERGER, GEORGE |
|---|---|---|
| 5. PATIENT'S ADDRESS (No., Street) 5511 BAUM BLVD | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 5511 BAUM BLVD |
| CITY PITTSBURGH    STATE PA | 8. PATIENT STATUS Single ☐ Married ☐ Other ☒ | CITY PITTSBURGH    STATE PA |
| ZIP CODE 15232    TELEPHONE (Include Area Code) ( 412 ) 661 1740 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE 15232    TELEPHONE (Include Area Code) ( 412 ) 661 1740 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH 04 13 1947  SEX M ☒ F ☐ |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M ☐ F ☐ | b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME PART A / PPS BILLING |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, return to and complete item 9 a-d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File    DATE 5/17/2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM      TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DAVID BRILLMAN | 17a. 17b. NPI 1386617132 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM      TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES ☐ NO ☐    $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) 1. 560.1    3. 2.    4. | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 10 | 05 16 10 | 31 | | 74000 | TC | 1 | 14.41 | 1 | | NPI | 1487826152 |
| 2 | 05 16 10 | 05 16 10 | 31 | | D0092 | | 1 | 16.75 | 1 | | NPI | 1487826152 |
| 3 | 05 16 10 | 05 16 10 | 31 | | R0070 | | 1 | 160.18 | 1 | | NPI | 1487826152 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | 1487826152 |

| 25. FEDERAL TAX I.D. NUMBER 251413903 SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. SULGE001 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐ | 28. TOTAL CHARGE $ 191.34 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 191.34 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) TRI-STATE MOBILE X-RAY SIGNED 5/17/2010  DATE | 32. SERVICE FACILITY LOCATION INFORMATION RESIDENCE FOR RENAL CARE 5511 BAUM BLVD PITTSBURGH, PA 15232 a. | 33. BILLING PROVIDER INFO & PH # ( ) TRI-STATE MOBILE X-RAY 4684 CLAIRTON BLVD PITTSBURGH, PA 15236 a. 1487826152 |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Mfd. by Medical Arts Press    Call toll-free: 1-800-328-2179    Use with Envelope #14145 (gummed) or 14146 (self-seal)

**1500**

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

☐ PICA

| 1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (For Program in item 1) 183287629A |
|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ABRAMS, SHIRLEY | 3. PATIENT'S BIRTH DATE 02 28 1935  SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) ABRAMS, SHIRLEY |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) 5511 BAUM BLVD | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 5511 BAUM BLVD |
|---|---|---|
| CITY PITTSBURGH  STATE PA | 8. PATIENT STATUS Single ☐ Married ☐ Other ☒ | CITY PITTSBURGH  STATE PA |
| ZIP CODE 15232  TELEPHONE (Include Area Code) (412) 661 1740 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE 15232  TELEPHONE (Include Area Code) (412) 661 1740 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH 02 28 1935  SEX M ☐ F ☒ |
| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME PART A / PPS BILLING |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File  DATE 5/17/2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE ABDUL KHAN | 17a. 17b. NPI 1053349480 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES ☒ NO  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) 1. 514  2.  3.  4. | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 05 17 10 05 17 10 | 31 | | 71010    TC | 1 | 13.07 | 1 | | NPI | 1487826152 |
| 05 17 10 05 17 10 | 31 | | 20092 | 1 | 16.75 | 1 | | NPI | 1487826152 |
| 05 17 10 05 17 10 | 31 | | R0070 | 1 | 160.18 | 1 | | NPI | 1487826152 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER 251413903  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. ABRSH000 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $ 190.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 190.00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) TRI-STATE MOBILE X-RAY  SIGNED 5/17/2010  DATE | 32. SERVICE FACILITY LOCATION INFORMATION RESIDENCE FOR RENAL CARE 5511 BAUM BLVD PITTSBURGH, PA 15232 | 33. BILLING PROVIDER INFO & PH # ( ) TRI-STATE MOBILE X-RAY 4684 CLAIRTON BLVD PITTSBURGH, PA 15236 1487826152 |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org
Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal).

PLEASE PRINT OR TYPE

May 17, 2010

Residence for Renal Care
551 Baum Blvd
Pittsburgh, PA 15232

ATTN: Administrator

Dear Mr. Nealon,

    Enclosed is an invoice for services rendered to your patients by Tri-State Mobile X-ray, Inc. Your staff called our answering service over the weekend and ordered the enclosed exams and these exams were ordered as Stats. Our technologists did the exams that they were dispatched to do as STAT exams, because we are legally obligated to respond to any medical emergency, had our staff not responded and the patient suffered a medical malady, a potential disciplinary action could have been imposed against both of our organizations. Litigation could have been brought against both of our companies for failure to respond.

    In light of the fact that we are not a contracted vendor, the enclosed invoices are the responsibility of your facility since the patients are Part A residents and we are unable to bill Medicare for these exams. The residence for Renal Care contacted our company and this error lies within your staff and their lack of knowledge with whom they are to call for exams. We respectfully submit these invoices for payment in the hopes of your full cooperation in reimbursing us for the services we rendered as our complete obligation to respond to your emergency call to our company. You are being charged 100% of the Medicare fee schedule as that is the legal amount that is required we bill as a non contractual service provider. There was one exam that was a medical assistance resident and we will bill this exam to the insurance carrier.

    If you have any questions, please contact myself, the General Manager at (412) 881-7255. Thanking you for your attention to this most important matter.

Sincerely,


Christine Mursch, General Manger
Tri-State Mobile X-ray, Inc

Pennsylvania Dept. of State

Curelist         DBA / Residence
  MAnAgement, Uc      for Renal
                         Care

                         3 copies

June 9, 2010

Residence for Renal Care          Personal and Confidential
5511 Baum Blvd
Pittsburgh, PA  15232

ATTN:  Administrator

Dear Mr. Nealon,

 I m sending this follow up letter to my original correspondence sent on May 17, 2010. We have not received your payment for the exams that Tri-State Mobile X-ray promptly performed on your patients at your staff's request.

 This is a very serious matter and your response is requested immediately, a phone call will suffice to make arrangements to pay your statement.  If payment and/or a response are not received within 14 days, further action will be pursued.

 If you have any questions, please contact myself, the General Manager at (412) 881-7255.  Thanking you for your attention to this most important matter.

Sincerely,


Christine Mursch, General Manger
Tri-State Mobile X-ray, Inc


CC:  Barbara Milillo, TSMX President

 **UNITED STATES**
**POSTAL SERVICE** ®

**< Back**  **Print :**

## Printed Domestic Labels

Transaction #: 170570326
Charged to: MC ***********4307
Labels Included: 1
Print Date/Time: 6/9/10 10:38:46 AM CDT

| | Delivery Address | Package Info | Service | Price |
|---|---|---|---|---|
| 1 of 1 | RESIDENCE FOR RENAL<br>5511 BAUM BLVD<br>PITTSBURGH, PA 15232-1203 | Ship Date: 06/09/10<br>Weight: 0lbs 6oz<br>From: 15236 | Priority Mail<br>Signature Confirm.<br>**Label Total** | $4.80<br>$1.95<br>**$6.75** |

Signature Confirmation™ Label Number: 9410 8036 9930 0008 0670 21

**Domestic Order Total: $6.75**

IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:
INSURANCE:
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):     -   -
IF THEY DO NOT KNOW DO NOT PRESS
D O B:
REQUESTING DR:
WAS REQUISITION FAXED:
======================================
Sun 16-May-10 08:34p KB  TAKEN
Sun 16-May-10 09:08p LK  DELIVERED
GIVEN TO:
WHEN NEEDED?:ASAP (WHEN YOU COME?)
NAME:BOB
FACILITY:RESIDENCE FOR RENAL CARE
TEL#: (412)661-1740
FAX#:(412)661-7866 AND 7029
PATIENT NAME:ADAMS, SANDRA
RM#:2091          UNIT:2ND FL
TYPE OF X-RAY:CHEST
(IF CHEST ASK IF AP/LATERAL/OR/BOTH)!!
(DO.NOT.PUT.REGULAR):BOTH
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:POST ANTIBIOTIC TREATMENT
INSURANCE:BL CROSS BL SHIELD
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):     -   -
IF THEY DO NOT KNOW DO NOT PRESS
D O B:12/04/51
REQUESTING DR:KHAN
WAS REQUISITION FAXED:
Dialout history
Sun 16-May-10 09:05p LK    Dialout
                      4127798305
======================================
Sun 16-May-10 08:34p KB  TAKEN
Sun 16-May-10 09:07p LK  DELIVERED
GIVEN TO:
WHEN NEEDED?:STAT
NAME:BOB
FACILITY:RESIDENCE FOR RENAL CARE
TEL#: (412)661-1740
FAX#:(412)661-7866 AND 7029
PATIENT NAME:POPP, DEBRA
RM#:1062          UNIT:1ST FL
TYPE OF X-RAY:UPPER RIGHT CHEST
CATHETER
(IF CHEST ASK IF AP/LATERAL/OR/BOTH)!!
(DO.NOT.PUT.REGULAR):
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:DISLODGEMENT OF DIALYSIS CATH

INSURANCE:MEDICAID
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):  -   -
IF THEY DO NOT KNOW DO NOT PRESS
D O B:12/14/55
REQUESTING DR:LAWLOR
WAS REQUISITION FAXED:
Dialout history
Sun 16-May-10 08:36p MGE    Dialout
                            4128124601
Sun 16-May-10 08:36p MGE    Dialout
                            7247474970
Sun 16-May-10 08:36p MGE    Dialout
                            4129490131
Sun 16-May-10 08:37p MGE    Dialout
                            4129191500#
Sun 16-May-10 08:52p MGE    Dialout
                            4128124601
========================================
Sun 16-May-10 01:58p DG    TAKEN
Sun 16-May-10 02:02p SF   DELIVERED
GIVEN TO:MIKE RECD
WHEN NEEDED?:TODAY
NAME:KATHLEEN
FACILITY:KANE - MCKEESPORT
TEL#: (412)675-8743
FAX#:(   )   -
PATIENT NAME:FRANK SCALESE
RM#:334W          UNIT:3B
TYPE OF X-RAY:CHEST
(IF CHEST ASK IF AP/LATERAL/OR/BOTH)!!
(DO.NOT.PUT.REGULAR):BOTH
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:INCREASED COUGH/CONGESTION
INSURANCE:MEDICARE
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):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A
IF THEY DO NOT KNOW DO NOT PRESS
D O B:1-29-14
REQUESTING DR:REYES
WAS REQUISITION FAXED:
Dialout history
Sun 16-May-10 02:04p LAM    Dialout
                            4128124601
========================================
Sun 16-May-10 01:56p CLE    TAKEN
Sun 16-May-10 02:01p SF   DELIVERED
       REQUEST FOR RESULTS!
NAME OF CALLER?:KATHY TAYLOR
FACILITY?:KANE              MIKE RECD
LOCATION:MCKEES PORT
TEL#: (412)675-8747
EXTENSION(IF ANY):NONE
PATIENT'S NAME:KATHLEEN VAZQUEZ

ROOM#:449D                    UNIT:4A
WHAT TEST DID PT HAVE & WHEN WAS IT
DONE?:LS SPINE 05/14/10
DR REQUESTING?:REYES
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:PAIN
INSURANCE:UMPC FOR YOU
ASK IF THE INSURANCE IS AN HMO:YES
MEDICARE#(MUST ASK ):NON-E -
IF THEY DO NOT KNOW DO NOT PRESS
D O B:12/05/46
REQUESTING DR:REYES
WAS REQUISITION FAXED:NO
------ 05/16/2010 01:58p CLE --------
TRIED TO PATCH PER CLIENT INFO BUT ANS
======================================
Sun 16-May-10 11:30a SH   TAKEN
Sun 16-May-10 11:38a CLE   DELIVERED
GIVEN TO:LFT MSG ON VC/M TO CALL TAs
WHEN NEEDED?:TODAY
NAME:KATHY
FACILITY:KANE   MCKEESPORT
TEL#: (412)675-8747
FAX#:(   )   -
PATIENT NAME:PATTY  MELEGARI
RM#:450 D         UNIT:4 A
TYPE OF X-RAY:FLAT PLATE OF ABDOMEN
(IF CHEST ASK IF AP/LATERAL/OR/BOTH)!!
(DO.NOT.PUT.REGULAR):
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:CONSTIPATED
INSURANCE:MEDCICARE
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):   -   -
IF THEY DO NOT KNOW DO NOT PRESS
D O B:7/30/44
REQUESTING DR:REYES
WAS REQUISITION FAXED:------- 05/16/20
MIKE RECEIVED
Dialout history
Sun 16-May-10 11:32a SH   Dialout
                          4128124601
======================================
Sun 16-May-10 10:38a LAM  TAKEN
Sun 16-May-10 10:42a LAM  DELIVERED
GIVEN TO:MIKE
WHEN NEEDED?:ASAP
NAME:AYONA WILLIAMS
FACILITY:RESIDENCE IN RENAL CARE
TEL#: (412)661-1740
FAX#:(412)661-7029
PATIENT NAME:SULLENBERGER, GEORGE
RM#:211          UNIT:2ND FLOOR

TYPE OF X-RAY:FLAT PLATE
(IF CHEST ASK IF AP/LATERAL/OR/BOTH)!!
(DO.NOT.PUT.REGULAR):
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:THREE LARGE EMESIS, VOMITING
INSURANCE:MEDICARE
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):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A
IF THEY DO NOT KNOW DO NOT PRESS
D O B:
REQUESTING DR:KHAN
WAS REQUISITION FAXED:NO
Dialout history
Sun 16-May-10 10:41a LAM   Dialout
                          4128124601
===================================
Sun 16-May-10 08:26p TE   TAKEN
Sun 16-May-10 09:10p LK   DELIVERED
GIVEN TO:WOMAN REFUSED MESSAGE
WHEN NEEDED?:
NAME:
FACILITY:
TEL#: (   )   -
FAX#:(   )   -
PATIENT NAME:
RM#:          UNIT:
TYPE OF X-RAY:
(IF CHEST ASK IF AP/LATERAL/OR/BOTH)!!
(DO.NOT.PUT.REGULAR):
IF FOR ARM/LEG ASK WHAT PART IT IS
IS FOR WHOLE ARM OR LEG?:
SYMPTOM:
INSURANCE:
ASK IF THE INSURANCE IS AN HMO:
MEDICARE#(MUST ASK ):   -  -
IF THEY DO NOT KNOW DO NOT PRESS
D O B:
REQUESTING DR:
WAS REQUISITION FAXED:

**PLEASE PRINT**

Insurance Requires Your Full Name
Last Name / Middle Initial / First Name

PATIENT NAME _Popp_ _Debra_
Last Middle First

ADDRESS _____

CALL REPORTS TO # _____

NURSING HOME _Res for Renal Care_

M/CARE # [ ][ ][ ][ ][ ][ ][ ][ ]
LETTERS

MED. ASSISTANCE _____

OTHER INS. NAME _____

INS. ID # _____ GROUP # _____

APPROVAL ☐ YES ☐ NO    Approval # _____

☐ Nursing Home          / ☐ Patients Residence
_412-661-1740_
PHONE NUMBER              PHONE NUMBER

SIGN
HERE
_____
SIGNATURE PATIENT                    WITNESS'S SIGNATURE

**TRI-STATE**
**MOBILE X-RAY**

PHONE:
412•881•9333

FAX:
412•881•3522

IF NO PHONE SERVICE:
724•746•6099

Prepared by: _____

D.O.B. _12/14/55_ Rm # _____ Unit # _____
Male ☐    Female ☐
SS# _203 52 4192_
RESPONSIBLE PARTY INFORMATION REQUIRED.

Name _____

Address _____

City _____

State _____ Zip _____

I request that payment of authorized Medicare benefits be made either to me or on my behalf to Tri-State Mobile X-Ray, Inc., for any services furnished me by that physician or supplier. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services.

| CHECK ☐ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | FOR OFFICE USE ONLY VIEWS | | | CHECK ☐ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | FOR OFFICE USE ONLY VIEWS | | | |
|---|---|---|---|---|---|---|---|---|
| **SPINE:** | | | | **EXTREMITIES:** | | | | |
| ☐ LUMBAR | AP | LAT | OBLIQ | ☐ SHOULDER  R  L | INT | EXT | OBLIQ | |
| ☐ CERVICAL | AP | LAT | OBLIQ | ☐ CLAVICLE  R  L | INT | EXT | OBLIQ | |
| ☐ DORSAL | AP | LAT | OBLIQ | ☐ HUMERUS  R  L | AP | LAT | OBLIQ | |
| ☐ COCCYX | AP | LAT | OBLIQ | ☐ ELBOW  R  L | AP | LAT | OBLIQ | |
| **THORAX:** | | | | ☐ FOREARM  R  L | AP | LAT | OBLIQ | |
| ☒ CHEST | (AP) | LAT | OBLIQ | ☐ WRIST  R  L | AP | LAT | OBLIQ | |
| ☐ RIBS  R  L | AP | LAT | OBLIQ | ☐ HAND  R  L | AP | LAT | OBLIQ | |
| ☐ STERNUM | AP | LAT | OBLIQ | ☐ FINGERS  R  L | AP | LAT | OBLIQ | |
| | | | | ☐ PELVIS  R  L | AP | | | |
| **ABDOMEN:** | | | | ☐ HIP  R  L | AP | LAT | OBLIQ | |
| ☐ PLAIN FILM | AP | | | ☐ FEMUR  R  L | AP | LAT | OBLIQ | |
| ☐ ABDOMINAL SERIES | AP | LAT | OBLIQ | ☐ KNEE  R  L | AP | LAT | OBLIQ | |
| ☐ SKULL | AP | LAT | OBLIQ | ☐ LOWER LEG  R  L | AP | LAT | OBLIQ | |
| ☐ NASAL BONES | AP | LAT | OBLIQ | ☐ ANKLE  R  L | AP | LAT | OBLIQ | |
| ☐ FACIAL BONES | AP | LAT | OBLIQ | ☐ FOOT  R  L | AP | LAT | OBLIQ | |
| ☐ SINUS | AP  LAT  OBLIQ  WATERS | | | ☐ TOES  R  L | AP | LAT | OBLIQ | |

A Portable Exam is being ordered because, due to age and physical condition, patient is confined to this facility.

☐ HOLTER MONITOR*  ☐ EKG  HT. _____  WT. _____
* Lost or damaged equipment will be the responsibility of the patient.

PHYSICIAN'S SIGNATURE _V/o_

FIRST NAME _____ LAST NAME _Gotani_

ADDRESS _____

PHONE _____

Symptoms of Patient (Dr. ordering exam please initial)

Does the patient have reason to believe she is pregnant? ☐ Yes ☐ No
Protective Shielding Used? ☐ Yes ☐ No

Date Completed _5/15/10_

Technician _____


*Correction to MA 7*

# RESIDENCE FOR RENAL CARE

## ADMISSION RECORD

### RESIDENT INFORMATION

| Medical Record# | Last Name | First Name | MI | Social Security# | Room # | Original Admit Date | Current Admit Date |
|---|---|---|---|---|---|---|---|
| 1288 | POPP | DEBRA | A | 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 | 109 | 10/15/2009 | 10/15/2009 |

| DOB | Age | Gender | Race | Marital Status | Veteran | Religion | Church Affiliation | Advanced Directive |
|---|---|---|---|---|---|---|---|---|
| 12/14/1955 | 54 | F | WHITE, | MARRIED | UNK | CATHOLIC | | |

Last Permanent Address:
47 MATTHEWS ROAD
BELLE VERNON, PA 15012

**Power Of Attorney**

| Medical | Financial |
|---|---|
| Name: | Name: |
| Rel.ship: | Rel.ship: |
| Phone: | Phone: |

### PHYSICIAN INFORMATION

| Attending Physician | Telephone Number | Pager # | Office FAX # |
|---|---|---|---|
| DR. UMESH GOLANI | 1-412-784-7020 | | 1-412-784-7025 |

| Consulting Physician | Telephone Number | Pager # | Office FAX # |
|---|---|---|---|
| MAUREEN LAWLOR | 1-412-232-8688 | | 1-412-242-8863 |

### INSURANCE INFORMATION

| Medicare# | Medicare B | Medicaid # |
|---|---|---|
| | | 8001589426 |

| Insurance Company - Address | Policy # or Group ID number | Contact Person |
|---|---|---|
| | 8001589426 | Phone Number |
| | | FAX Number |

| Insurance Company - Address | Policy # or Group ID number | Contact Person |
|---|---|---|
| UPMC FOR YOU | 8001589426 | Phone Number |
| | 000000 | FAX Number |

| Admitted From | Prior Hospitalization Dates | # of Medicare Days used | Level of Care |
|---|---|---|---|
| | | | INTERMEDIATE |

### EMERGENCY CONTACTS

| Primary Emergency Contact | Alternate Contact # 2 | Alternate Contact # 3 |
|---|---|---|
| Contact name: POPP GARY | Contact name: | Contact name: |
| Relationship: SPOUSE | Relationship: | Relationship: |
| Street: 848 DONNER AVENUE | Street: | Street: |
| City/State: MONESSEN, PA | City/State: | City/Street: |
| Zip Code: 15062 | Zip Code: | Zip Code: |
| Home Phone: 724-797-6208 | Home Phone: | Home Phone: |
| Work Phone: | Work Phone: | Work Phone: |
| Cell Phone: | Cell Phone: | Cell Phone: |

### MISCELLANEOUS

| Primary Pharmacy: | Hospital Preference: | Funeral Home: |
|---|---|---|
| Phone: | Phone : -- | Phone : |
| Primary Diagnosis: | ICD-9 Code | Allergies : | Discharge Date: |
| END STAGE RENAL DISEASE | 585.6 | | |
| Other Diagnosis: | | | Discharge Time: |
| ACUTE RESPIRATRY FAILURE | 518.81 | | |
| HYPERTENSION NOS | 401.9 | | Discharge Destination: |



**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
(412) 881-9333

| | |
|---|---|
| **Name:** | Popp Debra |
| **Patient ID:** | 121-203524192 |
| **Date of Birth:** | 12/14/1955 |
| **Study:** | CR - Chest, PF Chest |
| **Facility:** | Residence for Renal Care |
| **Physician:** | Golani, Dr. |
| **Date of Service:** | 05/15/2010 22:49:23 |

CLINICAL:
Catheter placement.

X-RAY EXAMINATION - CHEST

TECHNIQUE:
Single anterior-posterior view chest

COMPARISON:
None.

FINDINGS:
Normal visualized trachea and bronchi. There is elevation of the right hemidiaphragm. There is a right internal jugular dual lumen catheter with its tip extending into the superior vena cava/right heart.

Normal lungs.

Normal pleura.

Normal heart.

Normal pulmonary arteries.

Normal visualized aortic arch and descending thoracic aorta.

Normal mediastinum. Normal hilar regions.

Normal chest wall structures.

Normal osseous structures.

Unremarkable upper abdomen.

IMPRESSION:
No acute cardio pulmonary disease.
Right internal jugular dual lumen catheter as described above.

**Signed:**

Stephen Handler, M.D.
May 16th, 2010 at 11:20:09 PM EDT
Electronically Signed

SH/SH

As part of our Quality Assurance Program, we request that surgical or pathologic correlation, or any additional supportive or discordant medical history, laboratory or imaging studies be forwarded to Radisphere National Radiology Group, attention: Peer Review Coordinator. Phone 216.255.5796, Fax 866-788-0204, 23625 Commerce Park, Suite 204 Beachwood, OH 44122.

**Confidential Health Information Enclosed**
This document contains Protected Health Information and is intended for the use of the individual or entity named on this page. The recipient is obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, please notify the sender immediately.
**Radiological Interpretation Provided by Apex Radiology, Inc., Coral Springs, Florida**

2 of 2

Case 1:10-bk-05235-MDF    Doc 47    Filed 07/13/10    Entered 07/13/10 09:38:32    Desc
Main Document        Page 17 of 31                        5/16/2010 11:28 PM

```
┌────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT   │
└────────────────────────────────────┘
                              TIME  : 05/16/2010 23:26
                              NAME  : TRI STATE
                              FAX   : 4128813522
                              TEL   :
                              SER.# : BROG8J838359

    DATE,TIME              05/16  23:25
    FAX NO./NAME           14126617866
    DURATION               00:00:44
    PAGE(S)                02
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

https://www.apexrad.com/records/report-download.php/9088713703...



**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
(412) 881-9333

**Name:** Popp Debra

**Patient ID:** 121-203524192

**Date of Birth:** 12/14/1955

**Study:** CR - Chest, PF Chest

**Facility:** Residence for Renal Care

**Physician:** Golani, Dr.

**Date of Service:** 05/15/2010 22:49:23

CLINICAL:
Catheter placement.

X-RAY EXAMINATION - CHEST

TECHNIQUE:
Single anterior-posterior view chest

COMPARISON:
None

**PLEASE PRINT**

Insurance Requires Your Full Name
Last Name / Middle Initial / First Name

PATIENT NAME _Adams_  _Sandra_
Last    Middle    First

ADDRESS _____

CALL REPORTS TO # _____

NURSING HOME _Res for Renal Care_

M/CARE # [ ][ ][ ][ ] [ ][ ][ ][ ] [ ][ ][ ][ ]
LETTERS

MED. ASSISTANCE _____

OTHER INS. NAME _____

INS. ID # _____ GROUP # _____

APPROVAL ❏ YES ❏ NO    Approval # _____

❏ Nursing Home          ❏ Patients Residence

PHONE NUMBER          PHONE NUMBER
SIGN
HERE
SIGNATURE PATIENT          WITNESS'S SIGNATURE

**TRI-STATE**
**MOBILE X-RAY**

PHONE:
412•881•9333

FAX:
412•881•3522

IF NO PHONE SERVICE:
724•746•6099

Prepared by: _____

D.O.B _2/4/51_  Rm # _____ Unit # _____
Male ❏    Female ❏
SS# _200 42 9635_
RESPONSIBLE PARTY INFORMATION REQUIRED.

Name _____

Address _____

City _____

State _____ Zip _____

I request that payment of authorized Medicare benefits be made either to me or on my behalf to Tri-State Mobile X-Ray, Inc., for any services furnished me by that physician or supplier. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services.

| CHECK ❏ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | FOR OFFICE USE ONLY VIEWS | | | CHECK ❏ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | | | FOR OFFICE USE ONLY VIEWS | | |
|---|---|---|---|---|---|---|---|---|---|
| **SPINE:** | | | | **EXTREMITIES:** | | | | | |
| ❏ LUMBAR | AP | LAT | OBLIQ | ❏ SHOULDER | R | L | INT | EXT | OBLIQ |
| ❏ CERVICAL | AP | LAT | OBLIQ | ❏ CLAVICLE | R | L | INT | EXT | OBLIQ |
| ❏ DORSAL | AP | LAT | OBLIQ | ❏ HUMERUS | R | L | AP | LAT | OBLIQ |
| ❏ COCCYX | AP | LAT | OBLIQ | ❏ ELBOW | R | L | AP | LAT | OBLIQ |
| | | | | ❏ FOREARM | R | L | AP | LAT | OBLIQ |
| **THORAX:** | | | | ❏ WRIST | R | L | AP | LAT | OBLIQ |
| ❏ CHEST | AP | LAT | OBLIQ | ❏ HAND | R | L | AP | LAT | OBLIQ |
| ❏ RIBS  R  L | AP | LAT | OBLIQ | ❏ FINGERS | R | L | AP | LAT | OBLIQ |
| ❏ STERNUM | AP | LAT | OBLIQ | ❏ PELVIS | R | L | AP | | |
| | | | | ❏ HIP | R | L | AP | LAT | OBLIQ |
| **ABDOMEN:** | | | | ❏ FEMUR | R | L | AP | LAT | OBLIQ |
| ❏ PLAIN FILM | AP | | | ❏ KNEE | R | L | AP | LAT | OBLIQ |
| ❏ ABDOMINAL SERIES | AP | LAT | OBLIQ | ❏ LOWER LEG | R | L | AP | LAT | OBLIQ |
| ❏ SKULL | AP | LAT | OBLIQ | ❏ ANKLE | R | L | AP | LAT | OBLIQ |
| ❏ NASAL BONES | AP | LAT | OBLIQ | ❏ FOOT | R | L | AP | LAT | OBLIQ |
| ❏ FACIAL BONES | AP | LAT | OBLIQ | ❏ TOES | R | L | AP | LAT | OBLIQ |
| ❏ SINUS | AP | LAT | OBLIQ | WATERS | | | | | |

A Portable Exam is being ordered because, due to age and physical condition, patient is confined to this facility.

❏ HOLTER MONITOR*  ❏ EKG  HT. _____  WT. _____
* Lost or damaged equipment will be the responsibility of the patient.

PHYSICIAN'S SIGNATURE _____

FIRST NAME _____ LAST NAME _Golani_

ADDRESS _____

PHONE _____

Symptoms of Patient (Dr. ordering exam please initial)
_Chest infection_

Does the patient have reason to believe she is pregnant? ❏ Yes ❏ No
Protective Shielding Used? ❏ Yes ❏ No
Date Completed ___ _5/15/10_
Technician _____

# Residence for Renal Care at Shadyside / Center for Renal Care at Shadyside

## ADMITTING RECORD

Admission Time: 2 00

| RESIDENT ADMISSION INFORMATION | | |
|---|---|---|
| Medical Record Number 1329 | Admitted From Life Care Hospital | Hospital Dates 2-9-2010 to 4-28-2010 |
| Room/Bed 209-1 | Original Admission Date 4-28-2010 | Previous Admission Date 4-28-2010 | Current Admission Date 4-28-2010 |

| RESIDENT DEMOGRAPHIC INFORMATION | |
|---|---|
| Resident Name Sandra L. Adams | Social Security Number 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 |
| Address 141 Jeannette Drive  Verona, Pa 15147 | |
| Phone 412-951-0428 | Birthdate 12/4/1951 | Age 58 |
| Citizen of Country USA | Religion Affiliation Baptist | Church Affiliation |
| Gender Female | Marital Status Divorced | Race Black |

| CONTACT INFORMATION | | | | |
|---|---|---|---|---|
| Emergency 1st Contact Craig Adams | Address | Home Phone 412-378-5284 | Other Phone 412-242-0301 | Relationship Son |
| Emergency 2nd Contact | Address | Home Phone | Other Phone | Relationship |

| PROVIDER INFORMATION | | |
|---|---|---|
| Physician/Primary/Attending Dr. Abdul Khan | Phone 412-242-8860 | Fax |
| Nephrologist To be determined | Phone | Fax |
| Community Dialysis Center and Phone n/a | Community Nephrologist | |
| Pharmacy St. Clair | Allergies No Heparin | |
| Preferred Hospital West Penn Hospital | | |
| Funeral Home | | |

| DIAGNOSIS INFORMATION | | |
|---|---|---|
| Primary Diagnosis Respiratory Failure on Vent, ESRD | Secondary Diagnosis ESRD | Tertiary Diagnosis Anemia |
| | | |
| | | |
| | | |

| PAYER INFORMATION | | | |
|---|---|---|---|
| Medicare Number | Medicare Part A ☐ B ☐ | Co-Insurance Name | Policy Number |
| HMO Name Blue Cross/Blue Shield | Policy Number ZAR104529836001 | Auth Number 5450803-001 | Last Covered Day 5/4/2010 |
| Medicaid Number | Approved for NH Yes ☐ No ☐ | Needs Optioned Yes ☐ No ☐ | |



**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
(412) 881-9333

**Name:** Adams Sandra
**Patient ID:** 121-200422010
**Date of Birth:** 12/04/1951
**Study:** CR - Chest, PF Chest
**Facility:** Residence for Renal Care
**Physician:** Golani, Dr.
**Date of Service:** 05/15/2010 22:44:39

CLINICAL:
Chest infection.

X-RAY EXAMINATION - CHEST

TECHNIQUE:
Single anterior-posterior view

COMPARISON:
None.

FINDINGS:
Normal visualized trachea and bronchi. The lungs are under expanded. There is a left-sided Port-A-Cath with the distal tip in the superior vena cava.

There is some diffuse increased interstitial changes throughout the right lung, which are suspicious for a diffuse interstitial pneumonitis.

Normal pleura.

There is cardiomegaly.

Normal pulmonary arteries.

1 of 2

Case 1:10-bk-05235-MDF   Doc 47   Filed 07/13/10   Entered 07/13/10 09:38:32   Desc
Main Document      Page 21 of 31                    5/16/2010 11:29 PM

Normal visualized aortic arch and descending thoracic aorta.

Normal mediastinum. Normal hilar regions.

Normal chest wall structures.

Status post lower cervical fusion implying orthopedic hardware.

Unremarkable upper abdomen.

IMPRESSION:
There is some diffuse interstitial disease throughout the right lung,
consistent with pneumonitis.
Left-sided Port-A-Cath with the distal tip in the superior vena cava.
Cardiomegaly.

**Signed:**

Stephen Handler, M.D.
May 16th, 2010 at 11:18:22 PM EDT
Electronically Signed

SH/SH

As part of our Quality Assurance Program, we request that surgical or
pathologic correlation, or any additional supportive or discordant
medical history, laboratory or imaging studies be forwarded to
Radisphere National Radiology Group, attention: Peer Review
Coordinator. Phone 216.255.5796, Fax 866-788-0204, 23625
Commerce Park, Suite 204 Beachwood, OH 44122.

**Confidential Health Information Enclosed**
This document contains Protected Health Information and is intended for the use of the individual or entity named on this page. The recipient is obligated to maintain it in a
safe, secure and confidential manner. If you are not the intended recipient, please notify the sender immediately.
**Radiological Interpretation Provided by Apex Radiology, Inc., Coral Springs, Florida**

```
TRANSMISSION VERIFICATION REPORT
```

```
                          TIME : 05/16/2010 23:25
                          NAME : TRI STATE
                          FAX  : 4128813522
                          TEL  :
                          SER.# : BROG8J838359
```

```
  DATE,TIME              05/16  23:24
  FAX NO./NAME           14126617866
  DURATION               00:00:46
  PAGE(S)                02
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```



**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
(412) 881-9333

---

**Name:** Adams Sandra

**Patient ID:** 121-200422010

**Date of Birth:** 12/04/1951

**Study:** CR - Chest, PF Chest

**Facility:** Residence for Renal Care

**Physician:** Golani, Dr.

**Date of Service:** 05/15/2010 22:44:39

CLINICAL:
Chest infection.

X-RAY EXAMINATION - CHEST

TECHNIQUE:
Single anterior-posterior view

COMPARISON:
None.

**PLEASE PRINT**

**TRI-STATE**
**M**OBILE **X**-RAY

PHONE:
412•881•9333

FAX:
412•881•3522

IF NO PHONE SERVICE:
724•746•6099

PATIENT NAME _Sullenberger L. George_
Last    Middle    First

ADDRESS _____

CALL REPORTS TO # _____

NURSING HOME _Residence for Renal Care_

Prepared by: _____

M/CARE # ☐☐☐☐☐☐☐☐ [A] LETTERS

D.O.B. _4/13/47_ Rm # _211_ Unit # _2ND Fl._

Male ☒ Female ☐

MED. ASSISTANCE _A- 6-1-04_

SS# _176 36 4057_

OTHER INS. NAME _B= none_

RESPONSIBLE PARTY INFORMATION REQUIRED.

INS. ID # _____ GROUP # _____

Name _____

APPROVAL ☐ YES ☐ NO    Approval # _____

Address _____

☒ Nursing Home    ☐ Patients Residence _FAX_

City _____

_412 661-8000_ / _661-7029_

State _____ Zip _____

PHONE NUMBER _-1740_    PHONE NUMBER

SIGN
HERE _____

SIGNATURE PATIENT      WITNESS'S SIGNATURE

I request that payment of authorized Medicare benefits be made either to me or on my behalf to Tri-State Mobile X-Ray, Inc., for any services furnished me by that physician or supplier. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services.

| CHECK ☐ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | | FOR OFFICE USE ONLY VIEWS | | | CHECK ☐ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | | | FOR OFFICE USE ONLY VIEWS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SPINE:** | | | | | **EXTREMITIES:** | | | | | |
| ☐ LUMBAR | | AP | LAT | OBLIQ | ☐ SHOULDER | R | L | INT | EXT | OBLIQ |
| ☐ CERVICAL | | AP | LAT | OBLIQ | ☐ CLAVICLE | R | L | INT | EXT | OBLIQ |
| ☐ DORSAL | | AP | LAT | OBLIQ | ☐ HUMERUS | R | L | AP | LAT | OBLIQ |
| ☐ COCCYX | | AP | LAT | OBLIQ | ☐ ELBOW | R | L | AP | LAT | OBLIQ |
| | | | | | ☐ FOREARM | R | L | AP | LAT | OBLIQ |
| **THORAX:** | | | | | ☐ WRIST | R | L | AP | LAT | OBLIQ |
| ☐ CHEST | | AP | LAT | OBLIQ | ☐ HAND | R | L | AP | LAT | OBLIQ |
| ☐ RIBS   R   L | | AP | LAT | OBLIQ | ☐ FINGERS | R | L | AP | LAT | OBLIQ |
| ☐ STERNUM | | AP | LAT | OBLIQ | ☐ PELVIS | R | L | AP | | |
| | | | | | ☐ HIP | R | L | AP | LAT | OBLIQ |
| **ABDOMEN:** | | | | | ☐ FEMUR | R | L | AP | LAT | OBLIQ |
| ☒ PLAIN FILM | | (AP) | | | ☐ KNEE | R | L | AP | LAT | OBLIQ |
| ☐ ABDOMINAL SERIES | | AP | LAT | OBLIQ | ☐ LOWER LEG | R | L | AP | LAT | OBLIQ |
| ☐ SKULL | | AP | LAT | OBLIQ | ☐ ANKLE | R | L | AP | LAT | OBLIQ |
| ☐ NASAL BONES | | AP | LAT | OBLIQ | ☐ FOOT | R | L | AP | LAT | OBLIQ |
| ☐ FACIAL BONES | | AP | LAT | OBLIQ | ☐ TOES | R | L | AP | LAT | OBLIQ |
| ☐ SINUS | | AP | LAT | OBLIQ WATERS | | | | | | |

A Portable Exam is being ordered because, due to age and physical condition, patient s confined to this facility.

☐ HOLTER MONITOR*   ☐ EKG   HT. _____ WT. _____
* Lost or damaged equipment will be the responsibility of the patient.

_____
_____
_____
_____

PHYSICIAN'S SIGNATURE _____

FIRST NAME _____ LAST NAME _Brillman_

ADDRESS _____

PHONE _____

Symptoms of Patient (Dr. ordering exam please initial)

_History of Ileus_

Does the patient have reason to believe she is pregnant?   ☐ Yes   ☐ No
Protective Shielding Used?   ☐ Yes   ☐ No

Date Completed _____

Technician _MM_ _5-16-10_ _2ND Fl. Coded Nello 2 30P_

Case 1:10-bk-05235-MDF   Doc 47   Filed 07/13/10   Entered 07/13/10 09:38:32   Desc
4064 CLAIRTON BOULEVARD • PITTSBURGH, PA 15236
Main Document    Page 24 of 31

# RESIDENCE FOR RENAL CARE

## ADMISSION RECORD

### RESIDENT INFORMATION

| ical Record# | Last Name | First Name | MI | Social Security# | Room # | Original Admit Date | Current Admit Date |
|---|---|---|---|---|---|---|---|
| 1316 | SULLENBERGER | GEORGE | L | 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 | 211 | 03/24/2010 | 03/24/2010 |

| DOB | Age | Gender | Race | Marital Status | Veteran | Religion | Church Affiliation | Advanced Directive |
|---|---|---|---|---|---|---|---|---|
| 04/13/1947 | 62 | M | WHITE, | DIVORCED | UNK | BAPTIST | | |

Last Permanent Address:
153 EAST FIRST AVENUE
DERRY, PA 15627

**Power Of Attorney**

| Medical | Financial |
|---|---|
| Name: | Name: |
| Rel.ship: | Rel.ship: |
| Phone: | Phone: |

### PHYSICIAN INFORMATION

| Attending Physician | Telephone Number | Pager # | Office FAX # |
|---|---|---|---|
| DAVID BRILLMAN | 1-412-621-3593 | | |

| Consulting Physician | Telephone Number | Pager # | Office FAX # |
|---|---|---|---|
| MAUREEN LAWLOR | 1-412-232-8688 | | 1-412-242-8863 |

### INSURANCE INFORMATION

| Medicare# | Medicare B | Medicaid # |
|---|---|---|
| 176364057A | | |

| Insurance Company - Address | Policy # or Group ID number | Contact Person |
|---|---|---|
| | 176364057A | Phone Number |
| | | FAX Number |

| Admitted From | Prior Hospitalization Dates | # of Medicare Days used | Level of Care |
|---|---|---|---|
| LIFECARE HOSPITAL | 12/09/2009-03/24/2010 | 7 | SKILLED-NON M/C |

### EMERGENCY CONTACTS

| Primary Emergency Contact | Alternate Contact # 2 | Alternate Contact # 3 |
|---|---|---|
| Contact name: SULLENBERGER JEFFREY | Contact name: | Contact name: |
| Relationship: SON | Relationship: | Relationship: |
| Street: | Street: | Street: |
| City/State: DERRY, PA | City/State: | City/Street: |
| Zip Code: | Zip Code: | Zip Code: |
| Home Phone: 724-863-2404 | Home Phone: | Home Phone: |
| Work Phone: 724-961-1666 | Work Phone: | Work Phone: |
| Cell Phone: | Cell Phone: | Cell Phone: |

### MISCELLANEOUS

| Primary Pharmacy: | Hospital Preference: | Funeral Home: |
|---|---|---|
| Phone: | Phone : -- | Phone : |

| Primary Diagnosis: | ICD-9 Code | Allergies : | Discharge Date: |
|---|---|---|---|
| END STAGE RENAL DISEASE | 585.6 | NKA | |
| Other Diagnosis: | | | Discharge Time: |
| ACUTE RESPIRATORY FAILURE | 518.81 | | |
| SLEEP APNEA NOS | 780.57 | | Discharge Destination: |



**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
(412) 881-9333

**Name:** Sullenberger George
**Patient ID:** 121-176364057
**Date of Birth:** 04/13/1947
**Study:** CR - Abdomen, PF Abdomen
**Facility:** Scott Kane
**Physician:** Brillman, Dr.
**Date of Service:** 05/15/2010 11:40:03

CLINICAL:
63-year-old male. History of ileus.

X-RAY EXAMINATION: ABDOMEN / PELVIS

TECHNIQUE:
Single AP view of the abdomen / pelvis.

COMPARISON:
None.

FINDINGS:
The visualized lung bases are unremarkable.

There are surgical clips in the right abdomen.

Air distended but not dilated loops of large and small bowel are identified, nonspecific appearance.

There is no demonstrated free abdominal air.

Normal visualized abdominal organs

The pelvis is unremarkable

Normal visualized osseous structures.

IMPRESSION:
No demonstrated acute abdominal process.

**Signed:**

*Russell G. Gelormini*

Russell Gelormini, D.O.
May 16th, 2010 at 1:04:09 PM EDT
Electronically Signed

RG/RG

As part of our Quality Assurance Program, we request that surgical or pathologic correlation, or any additional supportive or discordant medical history, laboratory or imaging studies be forwarded to Radisphere National Radiology Group, attention: Peer Review Coordinator. Phone 216.255.5796, Fax 866-788-0204, 23625 Commerce Park, Suite 204 Beachwood, OH 44122.

**Confidential Health Information Enclosed**

This document contains Protected Health Information and is intended for the use of the individual or entity named on this page. The recipient is obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, please notify the sender immediately.

**Radiological Interpretation Provided by Apex Radiology, Inc., Coral Springs, Florida**

**Physician:** Brillman, D

**Date of Service:** 05/15/2010 11:40:03

CLINICAL:
63-year-old male. History of ileus.

X-RAY EXAMINATION: ABDOMEN / PELVIS

TECHNIQUE:
Single AP view of the abdomen / pelvis.

COMPARISON:
None.

FINDINGS:
The visualized lung bases are unremarkable.

There are surgical clips in the right abdomen.

Air distended but not dilated loops of large and small bowel are identified, nonspecific appearance.

There is no demonstrated free abdominal air.

Normal visualized abdominal organs

The pelvis is unremarkable.

TRANSMISSION VERIFICATION REPORT

TIME : 05/16/2010 16:16
NAME : TRI STATE
FAX : 4128813522
TEL :
SER.# : BROG8J838359

| | |
|---|---|
| DATE,TIME | 05/16 16:16 |
| FAX NO./NAME | 4126617029 |
| DURATION | 00:00:25 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

**PLEASE PRINT**

Insurance Requires Your Full Name
Last Name / Middle Initial / First Name

**TRI-STATE MOBILE X-RAY**

PHONE:
412•881•9333

FAX:
412•881•3522

IF NO PHONE SERVICE:
724•746•6099

PATIENT NAME: Abrams Shirley
Last / Middle / First

ADDRESS _____

CALL REPORTS TO # _____

NURSING HOME: Res. Renal Care

M/CARE #: 1 8 3 2 8 7 6 2 9 | A
LETTERS

MED. ASSISTANCE _____

OTHER INS. NAME _____

INS. ID # _____ GROUP # _____

APPROVAL ❑ YES ❑ NO    Approval # _____

❑ Nursing Home    ❑ Patients Residence

PHONE NUMBER: Fx. 661·7009
PHONE NUMBER

SIGN HERE _____
SIGNATURE PATIENT

Prepared by: _____

D.O.B. 2·28·35 Rm # 212 Unit # _____

Male ❑    Female ☑

SS# 209·28·1266

RESPONSIBLE PARTY INFORMATION REQUIRED.

Name _____

Address _____

City _____

State _____ Zip _____

WITNESS'S SIGNATURE _____

I request that payment of authorized Medicare benefits be made either to me or on my behalf to Tri-State Mobile X-Ray, Inc., for any services furnished me by that physician or supplier. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services.

| CHECK ❑ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | FOR OFFICE USE ONLY VIEWS | | | CHECK ❑ FOR EXAM DESIRED CIRCLE RIGHT OR LEFT | | | FOR OFFICE USE ONLY VIEWS | | |
|---|---|---|---|---|---|---|---|---|---|
| **SPINE:** | | | | **EXTREMITIES:** | | | | | |
| ❑ LUMBAR | AP | LAT | OBLIQ | ❑ SHOULDER | R | L | INT | EXT | OBLIQ |
| ❑ CERVICAL | AP | LAT | OBLIQ | ❑ CLAVICLE | R | L | INT | EXT | OBLIQ |
| ❑ DORSAL | AP | LAT | OBLIQ | ❑ HUMERUS | R | L | AP | LAT | OBLIQ |
| ❑ COCCYX | AP | LAT | | ❑ ELBOW | R | L | AP | LAT | OBLIQ |
| | | | | ❑ FOREARM | R | L | AP | LAT | OBLIQ |
| **THORAX:** | | | | ❑ WRIST | R | L | AP | LAT | OBLIQ |
| ☑ CHEST | AP | LAT | OBLIQ | ❑ HAND | R | L | AP | LAT | OBLIQ |
| ❑ RIBS    R    L | AP | LAT | OBLIQ | ❑ FINGERS | R | L | AP | LAT | OBLIQ |
| ❑ STERNUM | AP | LAT | OBLIQ | ❑ PELVIS | R | L | AP | | |
| | | | | ❑ HIP | R | L | AP | LAT | OBLIQ |
| **ABDOMEN:** | | | | ❑ FEMUR | R | L | AP | LAT | OBLIQ |
| ❑ PLAIN FILM | AP | | | ❑ KNEE | R | L | AP | LAT | OBLIQ |
| ❑ ABDOMINAL SERIES | AP | LAT | OBLIQ | ❑ LOWER LEG | R | L | AP | LAT | OBLIQ |
| ❑ SKULL | AP | LAT | OBLIQ | ❑ ANKLE | R | L | AP | LAT | OBLIQ |
| ❑ NASAL BONES | AP | LAT | OBLIQ | ❑ FOOT | R | L | AP | LAT | OBLIQ |
| ❑ FACIAL BONES | AP | LAT | OBLIQ | ❑ TOES | R | L | AP | LAT | OBLIQ |
| ❑ SINUS | AP | LAT | OBLIQ | WATERS | | | | | |

## FACILITY COPY

A Portable Exam is being ordered because, due to age and physical condition, patient is confined to this facility.

❑ HOLTER MONITOR*    ❑ EKG    HT. _____    WT. _____
* Lost or damaged equipment will be the responsibility of the patient.

_____
_____
_____

Does the patient have reason to believe she is pregnant?  ❑ Yes  ❑ No
Protective Shielding Used?  ❑ Yes  ❑ No

Date Completed _____

Technician    5-17-10

PHYSICIAN'S SIGNATURE _____

FIRST NAME _____ LAST NAME Khan

ADDRESS _____

PHONE _____

Symptoms of Patient (Dr. ordering exam please initial)

flu



**TRI-STATE MOBILE X-RAY**

4684 CLAIRTON BOULEVARD
PITTSBURGH, PA 15236
(412) 881-9333

| | |
|---|---|
| **Name:** | Abrams Shirley |
| **Patient ID:** | 121-209281266 |
| **History:** | Chest: congestion |
| **Date of Birth:** | 02/28/1935 |
| **Study:** | RG - Chest, PF Chest |
| **Facility:** | Residence Renal Care |
| **Physician:** | Khan, Dr. |
| **Date of Service:** | 05/17/2010 17:11:00 |

CLINICAL:
congestion

X-RAY EXAMINATION - CHEST

TECHNIQUE:
Single frontal view of the chest.

COMPARISON:
None.

FINDINGS:
The view is apical lordotic.
The exam is limited by motion artifact. There is a tracheostomy tube in place. The heart is normal in size. There is pulmonary edema. There may be a small left pleural effusion. The bones are osteopenic.

IMPRESSION:
There is pulmonary edema.

**Signed:**

*[signature]*

Julia Lee, M.D.
May 17th, 2010 at 9:10:09 PM EDT
Electronically Signed

JL/JL

As part of our Quality Assurance Program, we request that surgical or pathologic correlation, or any additional supportive or discordant medical history, laboratory or imaging studies be forwarded to Radisphere National Radiology Group, attention: Peer Review Coordinator. Phone 216.255.5796, Fax 866-788-0204, 23625 Commerce Park, Suite 204 Beachwood, OH 44122.

**Confidential Health Information Enclosed**
This document contains Protected Health Information and is intended for the use of the individual or entity named on this page. The recipient is obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, please notify the sender immediately.
**Radiological Interpretation Provided by Apex Radiology, Inc., Coral Springs, Florida**