*United States Bankruptcy Court*
*Middle District of Pennsylvania*
*228 Walnut Street*
*Third Floor*
*Harrisburg, Pennsylvania 17108*

*Chambers of the Honorable*
*Mary D. France*
*Chief Bankruptcy Judge*

July 13, 2010

Mr. Jack Stasik
Tri-State Mobile X-ray
4684 Clairton Blvd
Pittsburgh, PA 15236

RE: Residence for Renal Care at Shadyside, Ltd.,
Case No. 1:10-bk-07429MDF

Dear Mr. Stasik:

I am responding to your correspondence dated July 6, 2010 to the Bankruptcy Court regarding the above-referenced case. This is to advise you that the Court can take no formal action, such as entering an order granting your request for reimbursement for services rendered or setting a hearing at which you could appear, based on your correspondence. The Court urges you to obtain competent bankruptcy counsel to advise you regarding your rights in this matter. Your letter will be docketed as correspondence in the above-referenced case, but, again, no other action can be taken by the Court.

Sincerely,

John D. Kelly
Law Clerk to
The Honorable Mary D. France
Chief Bankruptcy Judge