UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

        Bankruptcy Case No. 1:10-05235-MDF

RESIDENCE FOR RENAL CARE AT SHADYSIDE, LTD.,
    Debtor.    Chapter 11

FIRSTMERIT BANK, N.A.,    Movant,    Document No.

    v.    Related to Document No. 45

RESIDENCE FOR RENAL CARE AT SHADYSIDE, LTD.,
    Respondent

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

Notice is hereby given that:

    A *Motion to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Western District of Pennsylvania Pursuant to 28 U.S.C. § 1408* (the "Motion") was filed by FirstMerit Bank, N.A. ("First Merit") on July 9, 2010 which can be found at Document number 45.

    If no Objections and Requests for hearing are timely filed with the Bankruptcy Clerk, with a copy served on FirstMerit's Counsel, David W. Ross, Esquire and Erica L. Koehl, Esquire at Two Gateway Center, 7th Floor, Pittsburgh, Pennsylvania 15222 and Debtor's Counsel, Robert E. Chernicoff, Esquire, P.O. Box 60457, Harrisburg, Pennsylvania 17106-0457, on or before **fourteen (14) days** from the date of this Notice, the Court may act upon said Motion without a hearing.
    If you wish to contest this matter, file a written Objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure, unless the court determines otherwise.

CLERK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 908
HARRISBURG, PENNSYLVANIA 17108-0908

BABST, CALLAND, CLEMENTS and ZOMNIR, P.C.

Dated: _____

BY: /s/ <u>Erica L. Koehl</u>
David W. Ross, Esquire
P.A. ID 62202
Erica L. Koehl, Esquire
P.A. ID 306829
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
412-394-5400
Counsel to FirstMerit Bank, N.A.