IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


IN RE:
                                       CASE NO. 1-10-05235

RESIDENCE FOR RENAL CARE            CHAPTER 11
AT SHADYSIDE, LTD.
          Debtor


## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST


      NOTICE IS HEREBY GIVEN THAT:

      An Application for Joint Administration of case number 1-10-05235 (Residence for Renal Care at Shadyside, Ltd.) and case number 1-10-05238 (Center for Renal Care at Shadyside, Ltd.) was filed in the above named case on June 24, 2010. Each of the two Debtors have common ownership and many common creditors. The Application was filed to cause ease administration and allow one docket only to be maintained.

      If no Objections and Requests for hearing are timely filed with the Bankruptcy Clerk, with a copy served on Debtor's counsel, Robert E. Chernicoff, Esquire, P. O. Box 60457, Harrisburg, Pennsylvania 17106-0457, on or before **seven (7) days** from the date of this Notice, the Court may act on said Application without hearing.

      If you wish to contest this matter, file a written Objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise.

          CLERK
          UNITED STATES BANKRUPTCY COURT
          MIDDLE DISTRICT OF PENNSYLVANIA
          P O BOX 908
          HARRISBURG PA 17108-0908


Date: