UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Bankruptcy Case No. 1:10-05235-MDF

RESIDENCE FOR RENAL CARE AT SHADYSIDE, LTD.,
    Debtor.

Chapter 11

FIRSTMERIT BANK, N.A.,    Movant,

Document No.

v.

Related to Document No. 45

RESIDENCE FOR RENAL CARE AT SHADYSIDE, LTD.,
    Respondent

FILED HARRISBURG, PA
2010 JUL 26 AM 7:30
CLERK U.S. BANKRUPTCY COURT

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

Notice is hereby given that:

A *Motion to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Western District of Pennsylvania Pursuant to 28 U.S.C. § 1408* (the "Motion") was filed by FirstMerit Bank, N.A. ("First Merit") on July 9, 2010 which can be found at Document number 45.

If no Objections and Requests for hearing are timely filed with the Bankruptcy Clerk, with a copy served on FirstMerit's Counsel, David W. Ross, Esquire and Erica L. Koehl, Esquire at Two Gateway Center, 7th Floor, Pittsburgh, Pennsylvania 15222 and Debtor's Counsel, Robert E. Chernicoff, Esquire, P.O. Box 60457, Harrisburg, Pennsylvania 17106-0457, on or before **fourteen (14) days** from the date of this Notice, the Court may act upon said Motion without a hearing.

If you wish to contest this matter, file a written Objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure, unless the court determines otherwise.

CLERK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 908
HARRISBURG, PENNSYLVANIA 17108-0908

BABST, CALLAND, CLEMENTS and
ZOMNIR, P.C.

Dated: July 14, 2010

BY: /s/ Erica L. Koehl
David W. Ross, Esquire
P.A. ID 62202
Erica L. Koehl, Esquire
P.A. ID 306829
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
412-394-5400
Counsel to FirstMerit Bank, N.A.

# INVOICE

**6592**

**BURNS CHEMICAL SERVICES**
877-465-4615
4 ALTA VISTA DRIVE GREENSBURG, PA 15601

IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE

**ACCOUNT:** Resistance for Renal Care
5511 Baum Blvd.
Pgh, PA

**DATE:** 7-9-10
**SERVICE REP:** Heath

## Inventory
- DET Mag: 1 / OH 1 2/3
- SAN Distainer: 2 / OH 1
- RIN Break: 1 / OH 1 1/2
- Bar / OH 2 1/2
- KA / OH 1 2/3

## Products
| QTY | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2 | | Magnum | 5 | | |
| | | Distainer | 5 | | |
| 1 | | Break | 5 | | |

PPD for June 13/5 @ — 256.43
.195

**SUB TOTAL / SALES TAX / TOTAL:** $256.43

**DATE:** 7-9-10

**PAY FROM THIS INVOICE**

Case 1:10-bk-05235-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc



# INVOICE

**877-465-4615**
**4 ALTA VISTA DRIVE  GREENSBURG, PA 15601**

**6593**

◀ IMPORTANT!
REFER TO INVOICE NO.
ON ALL CORRESPONDENCE

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Residence for Renal Care | | | | |
| 5511 Baum Blvd. | ROUTE DAY | DATE 7-9-10 | WARRANTY | PRODUCT CATEGORY |
| Pgh PA | | SERVICE REP. Heath | | SUPERVISOR NAME |

## EQUIPMENT LIST

## INVENTORY

| | | |
|---|---|---|
| DET | IN 1 / OH | 3/4 |
| SAN | IN 1 / OH | 1/8 |
| RIN | IN 1 / OH | 1/4 |
| ~~Lay~~ | IN / OH | 1/2 |
| ~~Det~~ | IN / OH | 2/3 |

**0  OPERATION AND EQUIPMENT SECTION RESULTS** — CIRCLE - INDICATE OPERATING CONDITIONS FOUND AND ACTION TAKEN IN SECTION BELOW & REASON FOR FAIR OR POOR RESULTS  • RESULTS •

| 1 | Wash Temp | 185°F | 9 | Water Level | OK | 17 | Chemical Hoses | OK |
|---|---|---|---|---|---|---|---|---|
| 2 | Rinse Temp | | 10 | Fill Value | | 18 | Pump Motor/s | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | | 19 | Rinse Period | |
| 4 | Sani Pump | ML | 12 | Door Handles | | 20 | Racking | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | | 21 | Scrapping | |
| 6 | Chlorine | 50 PPM | 14 | Over Flow | | 22 | Curtains | |
| 7 | Water Hardness | G-PG | 15 | Drains | | 23 | Machine Cond. | |
| 8 | Timer Motor | 70 Sec | 16 | Drain Plunger | | 24 | Water Softener | |

| ITEMS | GOOD | FAIR | POOR |
|---|---|---|---|
| 25 Dishes | | | |
| 26 Glasses | | | |
| 27 Silver | | | |
| 28 Pots/Pans | | | |
| 29 Cleaned Inside | | | |
| 30 Cleaned Outside | | | |
| 31 Wall Charts | | | |

*NO.  COMMENTS

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Det Lot | 5 | | 68 |

**Payment**

| Amount | |
|---|---|
| Check #/Cash | |

COUNT TODAY
LAST COUNT
CYCLES THIS PERIOD
LESS FREE CYCLES
NET CYCLES

4cwl Dishmachine Rental

| PRODUCT TOTAL | 68.50 |
|---|---|
| | 79.00 |
| SUB TOTAL | 147.55 |
| SALES TAX | |
| | $156.55 |

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES

7-9-10
DATE

CUSTOMER SIGNATURE
REPRESENTATIVE

**PAY FROM THIS INVOICE**


# INVOICE
877-465-4615
110 WEST POINT DRIVE  GREENSBURG, PA 15601

**5806**  IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE

ACCOUNT: Residence for Renal Care
DATE: 3-19-10
SERVICE REP: Heath

## EQUIPMENT LIST

## INVENTORY

| | IN | OH |
|---|---|---|
| DET | | 1 |
| SAN | | 1½ |
| RIN | 1 | |
| D-Light | | |
| Quat | | 1 |

### Operation and Equipment Section Results

| # | Item | Value | # | Item | Value | # | Item | Value | # | Item | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 120° | 9 | Water Level | OK | 17 | Chemical Hoses | ✓ | 25 | Dishes | | | |
| 2 | Rinse Temp | | 10 | Fill Value | | 18 | Pump Motor/s | | 26 | Glasses | | | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | | 19 | Rinse Period | | 27 | Silver | ✓ | | |
| 4 | Sani Pump | ML | 12 | Door Handles | | 20 | Racking | | 28 | Pots/Pans | | | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | | 21 | Scrapping | | 29 | Cleaned Inside | | | |
| 6 | Chlorine | 0 PPM | 14 | Over Flow | | 22 | Curtains | | 30 | Cleaned Outside | | | |
| 7 | Water Hardness | G-PG | 15 | Drains | | 23 | Machine Cond. | ✓ | 31 | Wall Charts | | | |
| 8 | Timer Motor | 90 Sec | 16 | Drain Plunger | ✓ | 24 | Water Softener | | | | | | |

### COMMENTS

| QTY | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Sani-Dry | 5 | | 78.76 |

PRODUCT TOTAL: 78.76
SUB TOTAL: 
SALES TAX: 4.73
TOTAL: 83.49

Customer Signature: Fernando [Acunda]   Date: 3-19-10

**PAY FROM THIS INVOICE**

Case 1:10-bk-05235-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc



# INVOICE

877-465-4615
110 WEST POINT DRIVE GREENSBURG, PA 15601

**5536**  IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Residence for Renal Care | | | | |
| 5511 Baum Blvd. | ROUTE DAY | DATE 2-24-10 | WARRANTY | PRODUCT CATEGORY |
| Pitts PA | | SERVICE REP. bn | SUPERVISOR NAME | |

**EQUIPMENT LIST**

| | OPERATION AND EQUIPMENT SECTION RESULTS | CIRCLE - INDICATE OPERATING CONDITIONS FOUND AND ACTION TAKEN IN SECTION BELOW & REASON FOR FAIR OR POOR RESULTS | RESULTS |
|---|---|---|---|

| # | Item | Value | # | Item | ✓ | # | Item | ✓ | ITEMS | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 160 | 9 | Water Level | ✓ | 17 | Chemical Hoses | ✓ | 25 Dishes | ✓ | | |
| 2 | Rinse Temp | 160 | 10 | Fill Value | ✓ | 18 | Pump Motor/s | ✓ | 26 Glasses | ✓ | | |
| 3 | Det. Pump | 7½ML | 11 | Wash/Rinse Arms | ✓ | 19 | Rinse Period | ✓ | 27 Silver | ✓ | | |
| 4 | Sani Pump | 2½ML | 12 | Door Handles | ✓ | 20 | Racking | ✓ | 28 Pots/Pans | ✓ | | |
| 5 | Rinse Pump | 5½ML | 13 | Scrap Trap | ✓ | 21 | Scrapping | ✓ | 29 Cleaned Inside | ✓ | | |
| ⑥ | Chlorine | 60PPM | 14 | Over Flow | ✓ | 22 | Curtains | | 30 Cleaned Outside | ✓ | | |
| 7 | Water Hardness | G-PG | 15 | Drains | ✓ | 23 | Machine Cond. | ✓ | 31 Wall Charts | ✓ | | |
| 8 | Timer Motor | ✓ Sec | 16 | Drain Plunger | ✓ | 24 | Water Softener | | | | | |

**COMMENTS**

Checked Machine checked out good
checked 3 bowl sink adjusted to spec.
6 Replaced squeez tube prime/set 60ppm

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Quat strips | | | 29.00 |
| 1 | | chlor strips | | | 5.00 |

**INVENTORY**

DET IN/OH
SAN IN/OH
RIN IN/OH
(multiple IN/OH rows)

COUNT TODAY
LAST COUNT
CYCLES THIS PERIOD
LESS FREE CYCLES
NET CYCLES

PRODUCT TOTAL  34.00

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES

SUB TOTAL  34.00
SALES TAX  2.04
THIS INVOICE  36.04

**PAY FROM THIS INVOICE**

Payment — Amount — Check #/Cash

PREVIOUS BALANCE

Case 1:10-bk-05255-MDF   Doc 70-1   Filed 07/27/10   Entered 07/27/10 14:05:00   Desc



# INVOICE
877-465-4615
110 WEST POINT DRIVE GREENSBURG, PA 15601

**5672** ◀ IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Residence for Renal Care | | | | |
| 5511 Baum Blvd | ROUTE DAY | DATE 3-3-10 | WARRANTY | PRODUCT CATEGORY |
| Pitts. PA | | SERVICE REP. Hcall | | SUPERVISOR NAME |

**EQUIPMENT LIST**

**OPERATION AND EQUIPMENT SECTION RESULTS** — CIRCLE - INDICATE OPERATING CONDITIONS FOUND AND ACTION TAKEN IN SECTION BELOW & REASON FOR FAIR OR POOR RESULTS — **RESULTS**

| # | Item | Value | # | Item | # | Item | # | Item | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 130° | 9 | Water Level | 17 | Chemical Hoses | | ITEMS | | | |
| 2 | Rinse Temp | | 10 | Fill Value | 18 | Pump Motor/s | 25 | Dishes | | | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | 19 | Rinse Period | 26 | Glasses | | | |
| 4 | Sani Pump | ML | 12 | Door Handles | 20 | Racking | 27 | Silver | | | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | 21 | Scrapping | 28 | Pots/Pans | | | |
| 6 | Chlorine | PPM | 14 | Over Flow | 22 | Curtains | 29 | Cleaned Inside | | | |
| 7 | Water Hardness | G-PG | 15 | Drains | 23 | Machine Cond. | 30 | Cleaned Outside | | | |
| 8 | Timer Motor | 70 Sec | 16 | Drain Plunger | 24 | Water Softener | 31 | Wall Charts | | | |

**INVENTORY**

- DET  IN / OH  1  1/2
- SAN  IN / OH  1  2/3
- RIN  IN Good / OH  1  1/2
- IN Dhight / OH  4/5
- IN / OH  7/8

*NO. COMMENTS

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | Dish Dishmachine Rental | | | 79.00 |

**COUNT TODAY / LAST COUNT / CYCLES THIS PERIOD / LESS FREE CYCLES / NET CYCLES**

**Payment** — Amount — Check #/Cash

**PREVIOUS BALANCE**

CUSTOMER SIGNATURE — DATE 3-3-10
REPRESENTATIVE

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES

| | |
|---|---|
| PRODUCT TOTAL | 79.00 |
| SUB TOTAL | .74 |
| SALES TAX | 4.74 |
| THIS INVOICE TOTAL | $83.74 |

**PAY FROM THIS INVOICE**



# INVOICE  **6252**

877-465-4615
4 ALTA VISTA DRIVE  GREENSBURG, PA 15601

**IMPORTANT!** REFER TO INVOICE NO. ON ALL CORRESPONDENCE

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Residence for Renal Care | | | | |
| 5511 Baum Blvd. | ROUTE DAY | DATE 5-29-10 | WARRANTY | PRODUCT CATEGORY |
| Pgh PA | | SERVICE REP. Heath | SUPERVISOR NAME | |

### EQUIPMENT LIST

### INVENTORY

| | IN | OH |
|---|---|---|
| DET | 1 | 1 |
| SAN | | 1/4 |
| RIN | | 1/3 |

### OPERATION AND EQUIPMENT SECTION RESULTS

CIRCLE - INDICATE OPERATING CONDITIONS FOUND AND ACTION TAKEN IN SECTION BELOW & REASON FOR FAIR OR POOR RESULTS

| # | Item | Value | # | Item | # | Item | # | Item |
|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 140°F | 9 | Water Level ✓ | 17 | Chemical Hoses ✓ | 25 | Dishes |
| 2 | Rinse Temp | | 10 | Fill Value | 18 | Pump Motor/s | 26 | Glasses |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | 19 | Rinse Period | 27 | Silver |
| 4 | Sani Pump | ML | 12 | Door Handles | 20 | Racking | 28 | Pots/Pans |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | 21 | Scrapping | 29 | Cleaned Inside |
| 6 | Chlorine | 50 PPM | 14 | Over Flow | 22 | Curtains | 30 | Cleaned Outside |
| 7 | Water Hardness | G-PG | 15 | Drains | 23 | Machine Cond. | 31 | Wall Charts |
| 8 | Timer Motor | Sec | 16 | Drain Plunger | 24 | Water Softener | | |

### COMMENTS

| QTY | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Det Lt | 5 | | 68.50 |

| | |
|---|---|
| PRODUCT TOTAL | 68.50 |
| 4wk Dishmachine Svc | 79.00 |
| SUB TOTAL | 147.50 |
| SALES TAX | 8.85 |
| THIS INVOICE TOTAL | 156.35 |

COUNT TODAY / LAST COUNT / CYCLES THIS PERIOD / LESS FREE CYCLES / NET CYCLES

Payment — Amount — Check #/Cash — PREVIOUS BALANCE

Customer Signature: Fernando Deanda   5-29-10
Representative

**PAY FROM THIS INVOICE**

Case 1:10-bk-05235-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc



# INVOICE

**5861**

*IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE*

877-465-4615
110 WEST POINT DRIVE  GREENSBURG, PA 15601

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Residence for Renal Care | | | | |
| 5571 Brown Blvd | ROUTE DAY | DATE 3-31-10 | WARRANTY | PRODUCT CATEGORY |
| Pgh, PA | | SERVICE REP. Heath | SUPERVISOR NAME | |

## EQUIPMENT LIST

| ★ | OPERATION AND EQUIPMENT SECTION RESULTS | CIRCLE - INDICATE OPERATING CONDITIONS FOUND AND ACTION TAKEN IN SECTION BELOW & REASON FOR FAIR OR POOR RESULTS | • RESULTS • |
|---|---|---|---|
| 1 | Wash Temp | 9 Water Level | 17 Chemical Hoses | ITEMS GOOD FAIR POOR |
| 2 | Rinse Temp | 10 Fill Value | 18 Pump Motor/s | 25 Dishes |
| 3 | Det. Pump ML | 11 Wash/Rinse Arms | 19 Rinse Period | 26 Glasses |
| 4 | Sani Pump ML | 12 Door Handles | 20 Racking | 27 Silver |
| 5 | Rinse Pump ML | 13 Scrap Trap | 21 Scrapping | 28 Pots/Pans |
| 6 | Chlorine PPM | 14 Over Flow | 22 Curtains | 29 Cleaned Inside |
| 7 | Water Hardness G-PG | 15 Drains | 23 Machine Cond. | 30 Cleaned Outside |
| 8 | Timer Motor Sec | 16 Drain Plunger | 24 Water Softener | 31 Wall Charts |

*NO. COMMENTS

### INVENTORY

| DET | IN / OH |
| SAN | IN / OH |
| RIN | IN / OH |

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | | | |

COUNT TODAY
LAST COUNT
CYCLES THIS PERIOD
LESS FREE CYCLES
NET CYCLES

PRODUCT TOTAL

Payment
Amount
Check #/Cash

PREVIOUS BALANCE

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES

SUB TOTAL
SALES TAX

CUSTOMER SIGNATURE     DATE
REPRESENTATIVE

**PAY FROM THIS INVOICE**



# INVOICE

**BURNS CHEMICAL SERVICES**
877-465-4615
110 WEST POINT DRIVE  GREENSBURG, PA 15601

**5937** ◄ IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE

**ACCOUNT:** Residenc for Renal care
5511 Daom Blvd
Pgb PA.

**SERVICE PERIOD:**
**TIME IN / OUT:**
**TERMS:**
**CONTRACT TYPE:**
**ROUTE DAY:**
**DATE:** 4-14-10
**WARRANTY:**
**PRODUCT CATEGORY:**
**SERVICE REP.:** Justin
**SUPERVISOR NAME:**

## EQUIPMENT LIST

## INVENTORY

| | | |
|---|---|---|
| DET | | Det 4 |
| IN | OH | 1/4 |
| SAN | | 1 Chair |
| IN | OH | 1/4 |
| RIN | | Sang |
| IN | OH | 1/4 |

### Operation and Equipment Section Results

| # | Item | Value | # | Item | Value | # | Item | Value | # | Items | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 120 | 9 | Water Level | OK | 17 | Chemical Hoses | OK | | ITEMS | | | |
| 2 | Rinse Temp | | 10 | Fill Value | | 18 | Pump Motor/s | | 25 | Dishes | | | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | | 19 | Rinse Period | | 26 | Glasses | | | |
| 4 | Sani Pump | ML | 12 | Door Handles | | 20 | Racking | | 27 | Silver | | | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | | 21 | Scrapping | | 28 | Pots/Pans | | | |
| 6 | Chlorine | 80 PPM | 14 | Over Flow | | 22 | Curtains | | 29 | Cleaned Inside | | | |
| 7 | Water Hardness | G-PG | 15 | Drains | | 23 | Machine Cond. | | 30 | Cleaned Outside | | | |
| 8 | Timer Motor | 90 Sec | 16 | Drain Plunger | | 24 | Water Softener | | 31 | Wall Charts | | | |

**COMMENTS**

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3 | | Destainer | | | |
| 1 | | Chair | | 5 | 33.50 |
| 1 | | Sandry | | 5 | 78.76 |

COUNT TODAY
LAST COUNT
CYCLES THIS PERIOD
LESS FREE CYCLES
NET CYCLES

PRODUCT TOTAL

Payment
Amount
Check #/Cash
PREVIOUS BALANCE

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES

SUB TOTAL   112.26
SALES TAX   6.74
THIS INVOICE TOTAL   119.0

CUSTOMER SIGNATURE     DATE
REPRESENTATIVE

**PAY FROM THIS INVOICE**

Case 1:10-bk-05235-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc

# INVOICE

**6116**

BURNS CHEMICAL SERVICES
877-485-4615
4 ALTA VISTA DRIVE GREENSBURG, PA 15601

IMPORTANT!
REFER TO INVOICE NO.
ON ALL CORRESPONDENCE

**ACCOUNT:** Residence for Renal Care
5511 Baum Blvd.
Pgh PA

**DATE:** 8-14-10
**SERVICE REP:** Heath

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Sani-Chlor | 5 | | 33 5? |
| 1 | | Sani-Dry | 5 | | 78 76 |

PRODUCT TOTAL: 112 26

SUB TOTAL
SALES TAX: 6 74
THIS INVOICE TOTAL: 119 00

**PAY FROM THIS INVOICE**

Date: 8-14-10

Case 1:10-bk-05235-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc

# INVOICE

**BURNS CHEMICAL SERVICES**
877-465-4615
4 ALTA VISTA DRIVE GREENSBURG, PA 15601

**6030**

*IMPORTANT! REFER TO INVOICE NO. ON ALL CORRESPONDENCE*

**ACCOUNT:** Residence for Renal Care
5511 Baum Blvd.
Pgh, PA

**DATE:** 4-28-10
**SERVICE REP.:** (illegible)

| # | Operation | Reading | # | Item | # | Item | # | Item | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 165°F | 9 | Water Level | 17 | Chemical Hoses | | ITEMS | | | |
| 2 | Rinse Temp | | 10 | Fill Value | 18 | Pump Motor/s | 25 | Dishes | | | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | 19 | Rinse Period | 26 | Glasses | | | |
| 4 | Sani Pump | ML | 12 | Door Handles | 20 | Racking | 27 | Silver | | | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | 21 | Scrapping | 28 | Pots/Pans | | | |
| 6 | Chlorine | 80 PPM | 14 | Over Flow | 22 | Curtains | 29 | Cleaned Inside | | | |
| 7 | Water Hardness | G-PG | 15 | Drains | 23 | Machine Cond. | 30 | Cleaned Outside | | | |
| 8 | Timer Motor | 70 Sec | 16 | Drain Plunger | 24 | Water Softener | 31 | Wall Charts | | | |

**INVENTORY**
- DET: IN / OH 1
- SAN: IN / OH 1½
- RIN: IN / OH 1⅛
- D-Light: IN / OH 3¾
- Cat: IN / OH 1

| QTY | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Det Lt | 5 | | 18— |

**COUNT TODAY:** 131/30

Full Dishmachine Service  79.00

**PRODUCT TOTAL:** 68.50
**SUB TOTAL:** 147.55
**SALES TAX:** 8.—
**THIS INVOICE TOTAL:** $156.55

**DATE:** 4-28-10

**PAY FROM THIS INVOICE**

Case 1:10-bk-05235-MDF   Doc 70-1   Filed 07/27/10   Entered 07/27/10 14:05:00   Desc

# INVOICE

**BURNS CHEMICAL SERVICES**
877-465-4615
4 ALTA VISTA DRIVE  GREENSBURG, PA 15601

**6029**

◀ IMPORTANT!
REFER TO INVOICE NO.
ON ALL CORRESPONDENCE

**ACCOUNT:** Residence for Renal Care
5511 Baum Blvd
Pgh PA

**DATE:** 4-28-10
**SERVICE REP.:** Heath

## Equipment List / Inventory

| Item | IN | OH |
|---|---|---|
| DET | 1 KG | 0.2 |
| SAN Dist. | 2 | 1½ |
| RIN SSR | | 0.4 |
| Brick | 3¼ | |
| Sur | 3 | |

## Operation and Equipment Section Results

| # | Item | # | Item | # | Item | # | Item |
|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 9 | Water Level | 17 | Chemical Hoses | 25 | Dishes |
| 2 | Rinse Temp | 10 | Fill Value | 18 | Pump Motor/s | 26 | Glasses |
| 3 | Det. Pump ML | 11 | Wash/Rinse Arms | 19 | Rinse Period | 27 | Silver |
| 4 | Sani Pump ML | 12 | Door Handles | 20 | Racking | 28 | Pots/Pans |
| 5 | Rinse Pump ML | 13 | Scrap Trap | 21 | Scrapping | 29 | Cleaned Inside |
| 6 | Chlorine PPM | 14 | Over Flow | 22 | Curtains | 30 | Cleaned Outside |
| 7 | Water Hardness G-PG | 15 | Drains | 23 | Machine Cond. | 31 | Wall Charts |
| 8 | Timer Motor Sec | 16 | Drain Plunger | 24 | Water Softener | | |

## Products

| QTY | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Magnum | 5 | | |
| 1 | | Destainer | 5 | | |
| | | Census 1356 @ $.196 | | | 265.78 |

**PRODUCT TOTAL:** 265.78
**SUB TOTAL:** 265.78
**SALES TAX:** $15.93
**THIS INVOICE TOTAL:** $281.—

Customer Signature: 4-28-10

**PAY FROM THIS INVOICE**

Case 1:10-bk-05235-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc

# INVOICE

**BURNS CHEMICAL SERVICES**
877-465-4615
110 WEST POINT DRIVE GREENSBURG, PA 15601

Invoice No: **5622**

**IMPORTANT!** REFER TO INVOICE NO. ON ALL CORRESPONDENCE

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Resd. for Royal Care | | | | |
| 5511 Baum Blvd. | ROUTE DAY | DATE 6-11-10 | WARRANTY | PRODUCT CATEGORY |
| Pgh PA | | SERVICE REP. Heath | SUPERVISOR NAME | |

## EQUIPMENT LIST

### OPERATION AND EQUIPMENT SECTION RESULTS
CIRCLE - INDICATE OPERATING CONDITIONS FOUND AND ACTION TAKEN IN SECTION BELOW & REASON FOR FAIR OR POOR RESULTS

| # | Item | Value | # | Item | # | Item | # | Item | RESULTS GOOD / FAIR / POOR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | 145°F | 9 | Water Level | 17 | Chemical Hoses | | ITEMS | |
| 2 | Rinse Temp | | 10 | Fill Value | 18 | Pump Motor/s | 25 | Dishes | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | 19 | Rinse Period | 26 | Glasses | |
| 4 | Sani Pump | ML | 12 | Door Handles | 20 | Racking | 27 | Silver | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | 21 | Scrapping | 28 | Pots/Pans | |
| 6 | Chlorine | 50 PPM | 14 | Over Flow | 22 | Curtains | 29 | Cleaned Inside | |
| 7 | Water Hardness | G-PG | 15 | Drains | 23 | Machine Cond. | 30 | Cleaned Outside | |
| 8 | Timer Motor | 90 Sec | 16 | Drain Plunger | 24 | Water Softener | 31 | Wall Charts | |

### INVENTORY

| | IN / OH | |
|---|---|---|
| DET | | 1 / 1.5 |
| SAN | 1 / | 7/8 |
| RIN D.high | / | 1 / — |
| Exceed | / | 1/2 |
| | / | 2/3 |

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Sani-Chlor | | 5 | 33 56 |
| | | Sani-Dry | | 5 | 76 |

PRODUCT TOTAL: 112 76

| | |
|---|---|
| COUNT TODAY | |
| LAST COUNT | |
| CYCLES THIS PERIOD | |
| LESS FREE CYCLES | |
| NET CYCLES | |

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES

CUSTOMER SIGNATURE        DATE 6-11-10

SUB TOTAL: 112 74
SALES TAX:
THIS INVOICE TOTAL: 119 00

**PAY FROM THIS INVOICE**

Payment
Amount:
Check #/Cash:
PREVIOUS BALANCE

Case 1:10-bk-05233-MDF    Doc 70-1    Filed 07/27/10    Entered 07/27/10 14:05:00    Desc



# INVOICE

**6359**

877-465-4615
4 ALTA VISTA DRIVE GREENSBURG, PA 15601

IMPORTANT!
REFER TO INVOICE NO.
ON ALL CORRESPONDENCE

| ACCOUNT | SERVICE PERIOD | TIME IN / OUT | TERMS | CONTRACT TYPE |
|---|---|---|---|---|
| Resident for Removal cost | | | | |
| | ROUTE DAY | DATE | WARRANTY | PRODUCT CATEGORY |
| Pittsburg, PA | | | | |
| | | SERVICE REP. | | SUPERVISOR NAME |

### EQUIPMENT LIST

### INVENTORY
DET / IN / OH
SAN / IN / OH
RIN / IN / OH

(multiple IN/OH rows)

### Operation and Equipment Section Results

| NO. | Item | | NO. | Item | | NO. | Item | | ITEMS | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wash Temp | | 9 | Water Level | | 17 | Chemical Hoses | | 25 Dishes | | | |
| 2 | Rinse Temp | | 10 | Fill Value | | 18 | Pump Motor/s | | 26 Glasses | | | |
| 3 | Det. Pump | ML | 11 | Wash/Rinse Arms | | 19 | Rinse Period | | 27 Silver | | | |
| 4 | Sani Pump | ML | 12 | Door Handles | | 20 | Racking | | 28 Pots/Pans | | | |
| 5 | Rinse Pump | ML | 13 | Scrap Trap | | 21 | Scrapping | | 29 Cleaned Inside | | | |
| 6 | Chlorine | PPM | 14 | Over Flow | | 22 | Curtains | | 30 Cleaned Outside | | | |
| 7 | Water Hardness | G-PG | 15 | Drains | | 23 | Machine Cond. | | 31 Wall Charts | | | |
| 8 | Timer Motor | Sec | 16 | Drain Plunger | | 24 | Water Softener | | | | | |

**COMMENTS**

| QTY. | STOCK # | PRODUCT | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

COUNT TODAY
LAST COUNT
CYCLES THIS PERIOD
LESS FREE CYCLES
NET CYCLES

PRODUCT TOTAL

Payment
Amount
Check #/Cash

PREVIOUS BALANCE

WARRANTIES OF FITNESS AND MERCHANTABILITY, IF ANY, AS WELL AS ANY EXPRESS WARRANTIES COVERING THE ABOVE PRODUCTS SHALL NOT BE EFFECTIVE UNLESS THE PRODUCTS ARE USED AS DIRECTED BY BURNS CHEMICAL SERVICES.

SUB TOTAL
SALES TAX
THIS INVOICE TOTAL

CUSTOMER SIGNATURE       DATE

REPRESENTATIVE

**PAY FROM THIS INVOICE**