IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED  Harrisburg, PA.
August 2, 2010
Clerk, U.S. Bankruptcy Court

IN RE:

RESIDENCE FOR RENAL CARE
AT SHADYSIDE, LTD.
    Debtor

CASE NO. 1-10-05235
CHAPTER 11

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT:

An Application for Joint Administration of case number 1-10-05235 (Residence for Renal Care at Shadyside, Ltd.) and case number 1-10-05238 (Center for Renal Care at Shadyside, Ltd.) was filed in the above named case on June 24, 2010. Each of the two Debtors have common ownership and many common creditors. The Application was filed to cause ease administration and allow one docket only to be maintained.

If no Objections and Requests for hearing are timely filed with the Bankruptcy Clerk, with a copy served on Debtor's counsel, Robert E. Chernicoff, Esquire, P. O. Box 60457, Harrisburg, Pennsylvania 17106-0457, on or before **seven (7) days** from the date of this Notice, the Court may act on said Application without hearing.

If you wish to contest this matter, file a written Objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise.

    CLERK
    UNITED STATES BANKRUPTCY COURT
    MIDDLE DISTRICT OF PENNSYLVANIA
    P O BOX 908
    HARRISBURG PA 17108-0908

Date: 7/20/10



RECEIVED Harrisburg, PA
AUG 2 2010
Clerk, U.S. Bankruptcy Court
    Deputy Clerk

Case 1:10-bk-05235-MDF   Doc 55   Filed 07/16/10   Entered 07/16/10 11:19:10   Desc
Main Document    Page 1 of 1
Case 1:10-bk-05235-MDF   Doc 85-1   Filed 08/02/10   Entered 08/03/10 13:11:11   Desc
Notice with Invoice    Page 1 of 2

# Invoice

**The Fortus Group, Inc**
181 Genesee Street
Utica New York 13501

| Date | Invoice # |
|---|---|
| 10/27/2009 | 1255 |

| Bill To |
|---|
| Center For Renal Care<br>ATTN. KEVIN VAUGHN<br>5511 Baum Blvd.<br>Pittsburg, Pa. 15232 |

| Due Date |
|---|
| 2/3/2010 |

| AE | Employer |
|---|---|
| DL/CP | PITTSBURG, PA |

| Description | Start Date | Position | Amount |
|---|---|---|---|
| MELISSA STEFANIC<br><br>FIRST YEAR'S COMPENSATION: $72,,800<br>TOTAL FEE OF $16,380.00<br><br>TERMS AS FOLLOWS:<br><br>$7000. ON 12/3/2009<br>        30 DAYS FROM START DATE<br>$4690. ON 1/3/2010<br>$4690. ON 2/3/2009<br><br>FACILITY:<br>CENTER FOR RENAL CARE<br>5511 BAUM BLVD.<br>PITTSBURG, PA. 15232<br><br>OUR Client: GREG CAUTERUCCI | 11-3-2009 | CLINIC MANAGER | 16,380.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $16,380.00 |
| **Payments/Credits** | $-9,950.00 |
| **Balance Due** | $6,430.00 |

TERMS: Invoice payable in full by due date to activate employee replacement guarantee. Please make all checks payable to The Fortus Group, Inc.. If you have any questions concerning this invoice, please call Joan Simpson at 888-387-3625 ext 218.